UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA ANN FORD,

    Plaintiff,

v.

ROOSEN, VARCHETTI & OLIVIER, PLLC,

    Defendant.

                                         /

Case No. 14-14794

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
DAVID R. GRAND

**JUDGMENT**

All issues having been resolved by the court's Order [19] of January 26, 2016, **THIS CASE IS CLOSED**.

Dated at Detroit, Michigan, this 26th day of January 2016.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      BY: s/Michael E. Lang
                                      Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE